# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| J.S., *by next of friend through* M.S. and K.S. | § | |
| | § | |
| *Plaintiff,* | § | |
| v. | § | Civil Action No. 4:25-cv-00863 |
| | § | Judge Mazzant/Judge Davis |
| MCKINNEY INDEPENDENT SCHOOL DISTRICT, | § | |
| | § | |
| | § | |
| *Defendant.* | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On August 24, 2026, the Magistrate Judge entered a Report and Recommendation (Dkt. #17) that the Special Education Hearing Officer's Decision be affirmed. On September 8, 2026, Defendant McKinney ISD filed Objections (Dkt. #18) to parts of the Report's analysis but not to its ultimate findings and conclusions. No other objections were timely filed.

The Court has conducted a *de novo* review of the Objections and is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the Objections are without merit as to the ultimate findings of the Magistrate Judge. Accordingly, the Objections (Dkt. #18) are **OVERRULED** and the Magistrate Judge's Report is **ADOPTED** as the findings and conclusions of the Court.

It is therefore **ORDERED** that Defendant's Motion for Judgment (Dkt. #7) is hereby **GRANTED**, Plaintiff's Motion for Judgment (Dkt. #8) is hereby **DENIED**, and the Hearing Officer's Decision (AR 1–43) is hereby **AFFIRMED**.

It is **FURTHER ORDERED** that the Complaint (Dkt. #1) is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**.

**SIGNED this 17th day of September, 2026.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE